IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEOGIA
COLUMBUS DIVISION

CHERYL N. WALKER, Individually,
and CHERYL N. WALKER,
Legal Guardian of Kayla Walker,
a Dependent Minor,

                Civil Action No. 4:04-CV-24-3

        Plaintiffs,

vs.

MUSCOGEE COUNTY SHERIFF'S
DEPARTMENT, MUSCOGEE COUNTY
SHERIFF RALPH JOHNSON,
Individually and in his official capacity
as Sheriff, and DAVID GLISSON,
Individually and in his official capacity.

    Defendants.
_____/

## MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COMES, the Plaintiffs, CHERYL N. WALKER, Individually, and CHERYL N. WALKER, Legal Guardian of Kayla Walker, a Dependent Minor, pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, and hereby move this Court for an Order granting a voluntary dismissal without prejudice of this case.

Respectfully submitted,

GARY, WILLIAMS, PARENTI, FINNEY,
LEWIS, McMANUS, WATSON & SPERANDO, P.L.
221 East Osceola Street
Stuart, Florida   34994
(T)    772-283-8260
(F)    772-221-2177

By: _____
      William C. Campbell
      Georgia Bar No. 107150



## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing Motion for Voluntary Dismissal upon all parties by placing a copy in the United States Mail, with proper postage affixed thereto to ensure delivery, and addressed as follows:

James C. Clark, Jr., Esquire
Page, Scrantom, Sprouse,
Tucker & Ford, P.C.
1043 Third Avenue
P.O. Box 1199
Columbus, GA  31902

Richard C. Hagler, Esquire
927 3rd Avenue
Columbus, GA  31901

Respectfully submitted this 1st day of April, 2004.

William C. Campbell
Georgia Bar No. 107150
GARY, WILLIAMS, PARENTI, FINNEY,
LEWIS, McMANUS, WATSON & SPERANDO, P.L.
221 East Osceola Street
Stuart, Florida  34994
(T)     772-283-8260
(F)     772-221-2177